## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

IN RE:                                                      CHAPTER 13 PROCEEDING:
FRANK & BONNI RANDALL                                       08-20058-C-13
DEBTORS

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1.  Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Monday, Feb 4, 2008.

2.  This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3.  Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4.  Checks to the party below have not cleared within 90 days.

    PHH MORTGAGE CORP FKA CENDANT
    4001 LEADENHALL ROAD
    MAIL STOP SV 01
    MT LAUREL, NJ  08054

5.  As a result, funds owed to the creditor in the amount of $692.64 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Tue, June 22, 2010

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#109

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:                                            CHAPTER 13 PROCEEDING:
FRANK & BONNI RANDALL                             08-20058-C-13
DEBTORS

**CERTIFICATE OF SERVICE**

I, Cindy Boudloche , do hereby certify that on Jun 22, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

Cindy Boudloche ,Chapter 13 Trustee


FRANK AND BONNI RANDALL              MALAISE LAW FIRM PC
218 CATALINA                         606 N CARANCAHUA SUITE 1100
ROCKPORT, , TX  78382                CORPUS CHRISTI, TX  78476

PHH MORTGAGE CORP FKA CENDANT        BARRETT BURKE WILSON CASTLE
4001 LEADENHALL ROAD                 DAFFIN & FRAPPIER LLP
MAIL STOP SV 01                      1900 ST JAMES PLACE STE 500
MT LAUREL, NJ  08054                 HOUSTON, TX  77056-4125